UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONIQUE BENN,

                      Plaintiff,

    -against-

DETECTIVE JOHN KISSANE, Shield No.
4927, DETECTIVE CHRISTOPHER
BOLLERMAN, Shield No. 7232, FIRE MARSHALL
FARRELL MICHAEL, STEPHEN M. CALCUTTI,
FIRE MARSHALL O'KEEFE STEPHEN,
THE CITY OF NEW YORK,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 4470 (CBA)

FILED
NOV 15 2011

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having filed on November 10, 2011, granting Defendants' motion for summary judgment; it is

      ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York
       November 14, 2011

s/DCP

~~DOUGLAS~~ C. PALMER
Clerk of Court